IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation; LIONS GATE FILMS, INC., a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and DISNEY ENTERPRISES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>DOES 1 - 9,<br><br>        Defendants. | CIVIL ACTION No._____ |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below parent corporations as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

WARNER BROS. ENTERTAINMENT INC. is ultimately and indirectly majority owned by Time Warner Inc., a publicly traded U.S. corporation.

TWENTIETH CENTURY FOX FILM CORPORATION is a wholly owned subsidiary of Fox Entertainment Group, Inc., a publicly traded U.S. corporation.

COLUMBIA PICTURES INDUSTRIES, INC. is an indirectly wholly owned subsidiary of Sony Pictures Entertainment Inc. Sony Pictures Entertainment Inc. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

SONY PICTURES HOME ENTERTAINMENT INC. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

LIONS GATE FILMS, INC. is a wholly owned subsidiary of Lions Gate Entertainment, Inc. Lions Gate Entertainment, Inc. is a wholly owned subsidiary of Lions Gate Entertainment Corporation, a publicly traded Canadian company.

PARAMOUNT PICTURES CORPORATION is a wholly owned subsidiary of Viacom Inc., a publicly traded U.S. company.

DISNEY ENTERPRISES, INC. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded United States company.

DATE: 6/2/2005

Richard K. Herrmann (I.D. #405)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Tel: (302) 888-6806
rherrmann@morrisjames.com

Alexandra N. DeNeve (pro hac vice pending)
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037
Tel: (212) 407-4000
adeneve@loeb.com

Attorneys for Plaintiffs WARNER BROS.; TWENTIETH CENTURY FOX; COLUMBIA PICTURES; SONY PICTURES HOME ENTERTAINMENT; LIONS GATE FILMS; PARAMOUNT PICTURES; and DISNEY ENTERPRISES