# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1751
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

June 2, 2005

**VIA HAND DELIVERY**

Dr. Peter T. Dalleo, Clerk of the Court
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

        Re:    *Warner Brothers Entertainment Inc., et al. v. Does 1-9*

Dr. Dalleo:

      We are counsel to the Plaintiffs in the above referenced case. Today, June 2, 2005, Plaintiffs, motion picture companies, filed a complaint with this Court against nine John Doe Defendants for copyright infringement of Plaintiffs' copyrighted motion pictures via the Internet. Before the case can proceed further, Plaintiffs need discovery from third party Comcast Cable Communications, Inc. to identify the Doe Defendants, who accessed the Internet via Comcast's network service and used that service to distribute unauthorized digital copies of copyrighted motion pictures owned by the Plaintiffs over the Internet.

      Plaintiffs' Motion for Leave to Take Discovery Prior to Rule 26(f) Conference is time sensitive because 1) Comcast may only retain the records sufficient to identify the Does for a limited period of time and 2) the Does cannot be served until the subpoena is served on Comcast and the Does are identified in response thereto. Given the time sensitive nature of this Motion, we ask that the Motion be considered prior to the assignment of a judge to this matter. Provided that the Court has no objection, we would greatly appreciate it if the Court could sign the Proposed Order as soon as possible so the Does can be identified and notified of the lawsuit against them, and the case can proceed.

                                                      Yours,

                                          Richard K. Herrmann, I.D. No. 405
                                          rherrmann@morrisjames.com