IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DOES 1 - 9, <br><br> Defendants. | ) ) ) ) ) ) CIVIL ACTION No. 05-350 ) ) ) ) ) ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Alexandra N. DeNeve, Esquire of the law firm of Loeb & Loeb LLP to represent Plaintiffs in this matter.

Dated: June 6, 2005

_____
Richard K. Herrmann (I.D. #405)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Tel: (302) 888-6806
rherrmann@morrisjames.com

Attorneys for Plaintiffs WARNER BROS.; TWENTIETH CENTURY FOX; COLUMBIA PICTURES; SONY PICTURES HOME ENTERTAINMENT; LIONS GATE FILMS; PARAMOUNT PICTURES; and DISNEY ENTERPRISES

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                                          Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: June 3, 2005

Signed: *Alexandra N. DeNeve*
Alexandra N. DeNeve, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037
(212) 407-4000