**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation; LIONS GATE FILMS, INC., a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and DISNEY ENTERPRISES, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) ) |  |
| vs. | ) ) | CIVIL ACTION No. 05-350-KAJ |
| DOES 1 - 9, | ) ) |  |
| Defendants. | ) ) ) |  |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss without prejudice all of the Doe Defendants in the above-captioned action, each side to bear its own costs and attorneys' fees.

DATED: September 29, 2005                    _____/s/ Richard K. Herrmann_____

Richard K. Herrmann  (I.D. #405)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Tel: (302) 888-6800
rherrmann@morrisjames.com

Alexandra N. DeNeve (pro hac vice pending)
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037
Tel: (212) 407-4000
adeneve@loeb.com

Attorneys for Plaintiffs WARNER BROS.;
TWENTIETH CENTURY FOX; COLUMBIA
PICTURES; SONY PICTURES HOME
ENTERTAINMENT; LIONS GATE FILMS;
PARAMOUNT PICTURES; and DISNEY
ENTERPRISES